# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-05-00072-CV

**Cal-Tex Protective Coatings, Inc., Appellant**

**v.**

**Grounds Control of Texas, L.P., Appellee**

## FROM THE DISTRICT COURT OF COMAL COUNTY, 274TH JUDICIAL DISTRICT
### NO. C2002-0453C, HONORABLE JACK H. ROBISON, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Cal-Tex Protective Coatings filed an unopposed motion to dismiss its appeal advising that the parties have settled the only claim involved in the appeal. The appeal is dismissed and costs are assessed against the party incurring them.

Bea Ann Smith, Justice

Before Chief Justice Law, Justices B. A. Smith and Pemberton

Dismissed on Appellant's Motion

Filed:   March 29, 2005